| | |
|---|---|
| 1 | **KAMALA D. HARRIS**<br>**Attorney General of California** |
| 2 | **PAMELA J. HOLMES**<br>**Supervising Deputy Attorney General** |
| 3 | **DANIEL G. ESKUE  (CSBN 117093)**<br>**Deputy Attorney General** |
| 4 |  300 South Spring Street, Suite 1702<br> Los Angeles, CA  90013 |
| 5 |  Telephone:  (213) 897-2699<br> Fax:  (213) 897-2810 |
| 6 |  E-mail:  Daniel.Eskue@doj.ca.gov |

JS-6

*Attorneys for Defendant, Jeff Ramos*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORTON R. MAZAHERI,**<br><br>                                    Plaintiff,<br><br>              v.<br><br>**TAMARA PEDERSON, JEFF CAL. MEDICAL BOARD, RAMOS, AND DOES ONE THROUGH 100, INCLUSIVE EACH INDIVIDUALLY**<br><br>                                    Defendants. | Case No.:   CV08-02508 ABC (VBKx)<br><br>Chief Judge:     Hon. Audrey B. Collins<br>Pretrial Conf Date:        January 7, 2013<br>Trial Date:               January 29, 2013<br><br>**[PROPOSED]** **JUDGMENT IN FAVOR OF DEFENDANT JEFF RAMOS**<br><br>Hrg Date:           October 1, 2012<br>Hrg Time:           10:00 a.m.<br>Courtroom:           680 |

 Having reviewed and considered the Summary Judgment Motion of Defendant, Jeff Ramos, the Statement of Uncontroverted Facts and Conclusions of Law, the supporting Declarations, Deposition excerpts and evidence, all papers filed by Plaintiff Morton R. Mazaheri, M.D., in opposition to the Summary Judgment Motion, any reply papers and evidence submitted by Defendant, Jeff Ramos, if any there be, and upon hearing and considering the oral arguments of the parties, finding good cause, the court HEREBY ORDERS AND DECREES:

 1. Judgment is granted to Defendant, Jeff Ramos, and against Plaintiff, Morton R. Mazaheri, M.D., on the First Amended Complaint (hereafter FAC), on

the grounds that no disputed issues of material fact exist that create any triable issue of fact as framed by the FAC, and Defendant, Jeff Ramos, is entitled to, and is hereby granted, judgment in his favor as a matter of law.

  2. Defendant, Jeff Ramos is entitled to, and is hereby granted, recovery of his costs of suit, against Plaintiff Morton R. Mazaheri, M.D., according to proof.

  3. The court reserves jurisdiction to entertain a motion for recovery of attorneys' fees, or any other post-judgment motion.

DATED: October 1, 2012

*[signature: Audrey B. Collins]*

_____
AUDREY B. COLLINS
UNITED STATES CHIEF JUDGE

LA2008501455
60819128.docx